IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAWRENCE MICHAEL MAES,

    Plaintiff,

v.                                            No. 1:17-cv-000988 KG/LF

THE HERSHEY COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Motion of the Parties, to dismiss Plaintiff's Complaint against Defendant The Hershey Company with prejudice, pursuant to Fed.R.Civ.P.41(a)(2), the Court having reviewed the Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint against The Hershey Company and all claims and causes of actions therein is dismissed with prejudice. Each party is to bear their own cost and attorney fees.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

GUEBERT BRUCKNER GENTILE P.C.


By   */s/ Lawrence A. Junker*
      Terry R. Guebert
      Lawrence A. Junker
      P.O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      tguebert@guebertlaw.com
      ljunker@guebertlaw.com
      *Attorneys for Defendant The Hershey Company*


LAW OFFICES OF ERIKA E. ANDERSON


By   *Approved via email 10/30/2018*
      Erika E. Anderson
      2025 Rio Grande Blvd. NW
      Albuquerque, NM 87104
      (505) 944-9039
      erika@eandersonlaw.com
      *Attorney for Plaintiff*